# SCHEDULE A

## **SCHEDULE A**

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

## PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract: RGV-MCS-1311
Owner: Jose Ramirez, Jr.
Acres: 117.543

A 117.543 acre tract out of tracts 221, 222, 223, 224 and 225, Los Ejidos de Reynosa Vieja Grant, Hidalgo County, Texas, more particularly described by metes and bounds, as follows:

Beginning at the Northwest corner of tract 225;

Thence, North 76 degrees 11 minutes East, 708. 2 feet, along the South Right of Way line of the Missouri-Pacific Railroad, to a corner of this tract;

Thence, North 82 degrees 55 minutes, along said Right of Way line, to the Northeast corner of this tract;

Thence, along the meanders of the Rio Grande River with the following: South 44 degrees 11 minutes West, 493.4 feet; South 54 degrees 23 minutes West, 776.6 feet; South 57 degrees 33 minutes West, 402.2 feet; and South 48 degrees 13 minutes West, 214.4 feet, to the Southwest corner of this tract;

Thence, North 0 degrees 21 minutes East, 3249.3 feet, to a corner of this tract;

Thence, North 0 degrees 33 minutes East 867.1 feet, to the point of beginning and containing 117.543 acres of land, more or less;

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



**LAND TO BE CONDEMNED**

Tract: RGV-MCS-1311
Owner: Jose Ramirez, Jr.
Acres: 117.543

\* The case caption identifies acreage for the entire parent tract; access to the entire parent tract may be necessary to complete a survey of the proposed tract outlined in red on the map above.

# SCHEDULE E

## SCHEDULE E

## ESTATE TAKEN

Hidalgo County, Texas

Tract: RGV-MCS-1311
Owner: Jose Ramirez, Jr.
Acres: 117.543

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 12 months later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule C to survey, make borings, and conduct other investigatory work for the purposes described in Schedule B and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ONE HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto; and, an additional sum determined at the conclusion of the temporary estate described in Schedule E to constitute actual damages, if any.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Jose Ramirez, Jr.**<br>P.O. Box 68<br>Penitas, TX  78576-0068 | Partition Deed; Document #1978-26111 Recorded August 7, 1978, Deed Records of Hidalgo County |