IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| *Plaintiff,* | | |
| v. | § § § | CASE NO. 7:19-CV-339 |
| 117.543 ACRES OF LAND, MORE OR LESS SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND JOSE RAMIREZ, JR., | § § § § § § | |
| *Defendant.* | § | |

### NOTICE OF SUBSTITUTION OF LEAD COUNSEL FOR THE UNITED STATES

Please take notice that the undersigned Assistant United States Attorney, Roland D. Ramos, makes his appearance in this case and further, is hereby designated as Lead Counsel in this matter in place of Assistant United States Attorney Jessica A. Nathan. Jessica A. Nathan hereby withdraws as counsel and requests that she be terminated as counsel for the United States on the Court's docket. Jessica A. Nathan further requests that she no longer receive ECF notifications in this case.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: *s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney
Southern District of Texas No. 3458120
Texas Bar No. 24096362
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Roland.Ramos@usdoj.gov

and

*s/ Jessica A. Nathan*
**JESSICA A. NATHAN**
Assistant United States Attorney
Southern District of Texas No. 3313572
Texas Bar No. 24090291
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Jessica.Nathan@usdoj.gov

## CERTIFICATE OF SERVICE

I, Roland D. Ramos, Assistant United States Attorney for the Southern District of Texas, hereby certify that on November 20, 2019, I served the foregoing using the Court's ECF notification system on all parties receiving ECF notice in this case.

By: *s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney