**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CIVIL ACTION NO. 7:19-CV-00339 |
| 117.543 ACRES OF LAND, MORE OR LESS, *et al* | § § § § | |

# NOTICE OF APPEARANCE

Please take notice that the undersigned counsel, Ricardo Garza, an attorney with the Texas Civil Rights Project, appears as counsel for Defendant Jose Ramirez, Jr.

Respectfully submitted,

*Ricardo Garza*

Ricardo A. Garza
State Bar No. 24109912
SDTX Bar No. 3336127
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171 ext. 122
Fax (956) 787-6348
ricky@texascivilrightsproject.org

## CERTIFICATE OF SERVICE

I, Ricardo A. Garza, certify that on November 22, 2019, I served the foregoing document via the Court's ECF/CMF electronic filing system, which will automatically serve a copy on all counsel of record.

*Ricardo A. Garza*
Ricardo A. Garza