UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CIVIL ACTION NO. 7:19-CV-00339 |
| 117.543 ACRES OF LAND, MORE OR LESS, *et al* | § § § § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel, Karla M. Vargas, an attorney with the Texas Civil Rights Project, appears as counsel for Defendant Jose Ramirez, Jr.

Respectfully submitted,

Karla M. Vargas
State Bar No. 24076748
SDTX Bar No. 3336176
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171 ext. 128
Fax (956) 787-6348
kvargas@texascivilrightsproject.org

### CERTIFICATE OF SERVICE

I, Karla M. Vargas, certify that on November 22, 2019, I served the foregoing document via the Court's ECF/CMF electronic filing system, which will automatically serve a copy on all counsel of record.

Karla M. Vargas