**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>117.543 ACRES OF LAND, MORE OR LESS,<br>*et al.* | §<br>§<br>§     CIVIL ACTION NO. 7:19-CV-00339<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel, Efrén C. Olivares, an attorney with the Texas Civil Rights Project, appears as counsel for Defendant Jose Ramirez, Jr.

Respectfully submitted,

*Efrén C. Olivares*

Efrén C. Olivares
State Bar No. 24065844
SDTX Bar No. 1015826
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171 ext. 121
Fax (956) 787-6348
ricky@texascivilrightsproject.org

## CERTIFICATE OF SERVICE

      I, Efrén C. Olivares, certify that on December 17, 2019, I served the foregoing document via the Court's ECF/CMF electronic filing system, which will automatically serve a copy on all counsel of record.

                                      *Efrén C. Olivares*
                                      Efrén C. Olivares